FILED
CLERK, U.S. DISTRICT COURT
August 27, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>v.<br><br>HOMA II, LLC, a Delaware Limited Liability Company; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Company,<br><br>        Defendants. | CASE NO.: 2:20-cv-11277 SB<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefore, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice with each party to bear their own attorneys' fees and costs.

Dated: August 27, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge